GUSTAVE RADER COMPANY, Appellant, v. THEODORE KAPLAN and Others, Defendants. BERTHA CHAIT and Others, Respondents.— Order striking cause

from preferred calendar affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.